UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIGI ABREU, INDIVIDUALLY, AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

        Plaintiff,

- against -

VOESH CORP.,

        Defendant.

---

22-cv-2100 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by April 22, 2022.

SO ORDERED.

Dated:    New York, New York
            April 12, 2022

                                            John G. Koeltl
                                     United States District Judge