UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

LUIGI ABREU, INDIVIDUALLY, AND ON          22-cv-2100 (JGK)
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,                                  ORDER

                    Plaintiffs,

        - against -

VOESH CORP.,

                    Defendant.
_____

JOHN G. KOELTL, District Judge:

    The conference scheduled for May 4, 2022, is canceled.

SO ORDERED.

Dated:    New York, New York
          April 26, 2022

                              _____
                                    John G. Koeltl
                              United States District Judge